**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Luis R Gonzalez and Dorothy Gonzalez , <br><br>     Debtor(s) | ) <br> ) <br> ) <br> ) <br> ) Case No. 08–12634–1–rel <br> ) <br> ) |
| Social Security No(s).: xxx–xx–1025xxx–xx–1650 and all Employer's Tax Identification No(s). *[if any]* | ) <br> ) Chapter 7 <br> ) <br> ) <br> ) <br> ) |

**CLERK'S NOTICE OF DEFICIENT DOCUMENT FILED**

The Clerk has received and filed your document(s) numbered 46 with respect to the above case/adversary. The Court cannot further process your document as filed due to:

☑ *Problem/Error:*

**The PDF contains default language however; the Notice of Hearing event was selected in CM/ECF.**
.

*To resolve the deficiency, you must complete the following action by na :*

☑ *Corrected Action Needed:*

**This is a default matter. Your appearance is not required unless opposition is filed**

Failure to resolve the deficiency(s) by the above deadline may result in the Court not processing your pleadings, not granting the relief requested, and/or taking other Court action as appropriate.

In the event that you have provided notice to parties, it is your responsibility to advise parties of any changes or corrections.

Date: 7/8/15                                                                                    KIM F. LEFEBVRE
                                                                                                          Clerk of the Bankruptcy Court

                                                                                                          By:  /s/ Cherie Gailor
                                                                                                                 518–257–1614
                                                                                                                 Deputy Clerk's Name and Telephone Number